UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HOLLON,

        Plaintiff,

v.

DR. BAYNETO, M.D. SHRLIE, and
WARDEN, MILAN FEDERAL
CORRECTIONAL FACILITY,

        Defendants.

        Case Number 18-12906
        Honorable David M. Lawson
        Magistrate Judge R. Steven Whalen

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Presently before the Court is the report issued on October 24, 2018 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the plaintiff's motion for a preliminary injunction. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 6) is **ADOPTED**, and the plaintiff's motion for preliminary injunction (ECF No. 2) is **DENIED**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Date: November 15, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 15, 2018.

                s/Susan K. Pinkowski
                SUSAN K. PINKOWSKI